# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                          Case No.:13−33785−thf
Esther Frances Steagall

                     Debtor(s)                        Chapter: 13

S.S.#:xxx−xx−0543

# NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 10/4/18.
The Court's Order Dismissing is available electronically or may be a docketing event
only.

Order of the Court from hearing held on October 3, 2018, DISMISSING Case for
debtors failure to show cause why case should not be dismissed for failure to make plan
payments in accordance with the Order of Confirmation, so ORDERED by /s/ Judge
Fulton. CASE DISMISSED. (Gudgel, A).

Note: If this case was dismissed for failure to pay Court's filing fee, no further
applications by the debtor(s) to pay filing fee in installments will be considered by the
Court. Also, if this case was dismissed for a reason not related to the fee, but the Court's
filing fee has not been paid, appplications to pay the filing fee in installments may not
be considered in future filings.

Dated: 10/4/18

                                         FOR THE COURT
By: amg                                                   Elizabeth H. Parks
Deputy Clerk                                           Clerk, U.S. Bankruptcy Court